# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: BRENDON MYERS**          :     **CHAPTER 13**
      **Debtor**                        :     **BANKRUPTCY NO. 19-11445**

## O R D E R

     **AND NOW**, upon consideration of the Motion to Vacate the Relief Order *("*the Motion"*)*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be and hereby is scheduled on December 3, 2019, at 9:30 a.m., **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, PA 19107**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

## PLEASE NOTE:  THE HEARING WILL BE IN PHILADELPHIA, NOT READING.

Date:  11/15/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**