United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 19-11445-elf
Brendon Myers                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: BarbaraS         Page 1 of 1                Date Rcvd: Nov 15, 2019
                             Form ID: pdf900        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db          +Brendon Myers,    674 Ruben Court,    Easton, PA 18045-8320
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr          +U.S. BANK NATIONAL ASSOCIATION,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
              Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:36
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 04:08:00     Orion (Verizon),
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor   U.S. Bank National Association alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association Et Al...
               bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lkarl@rascrane.com,
               lbkarl03@yahoo.com
              PAUL H. YOUNG    on behalf of Debtor Brendon  Myers support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: BRENDON MYERS** | : | **CHAPTER 13** |
| **Debtor** | : | **BANKRUPTCY NO. 19-11445** |

### O R D E R

**AND NOW**, upon consideration of the Motion to Vacate the Relief Order *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be and hereby is scheduled on December 3, 2019, at 9:30 a.m., **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, PA 19107**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

**PLEASE NOTE: THE HEARING WILL BE IN PHILADELPHIA, NOT READING.**

Date: 11/15/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**