# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: BRENDON MYERS**          :          **CHAPTER 13**
      **Debtor**                              :          **BANKRUPTCY NO. 19-11445**

## ORDER

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for U.S. Bank, N.A., and after a hearing at which the Debtor and counsel failed to appear, it is hereby

**ORDERED** that the Motion is **DENIED** for lack of prosecution.

Date: 12/3/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**