United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11445-elf
Brendon Myers                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Keith         Page 1 of 1            Date Rcvd: Dec 04, 2019
                      Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
db         +Brendon Myers,    674 Ruben Court,    Easton, PA 18045-8320
cr         +U.S. BANK NATIONAL ASSOCIATION,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 03:07:29     Orion (Verizon),
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
     ANDREW M. LUBIN    on behalf of Creditor    U.S. Bank National Association alubin@milsteadlaw.com,
      bkecf@milsteadlaw.com
     KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association Et Al...
      bkgroup@kmllawgroup.com
     LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lkarl@rascrane.com,
      lbkarl03@yahoo.com
     PAUL H. YOUNG    on behalf of Debtor Brendon  Myers support@ymalaw.com, ykaecf@gmail.com,
      paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
     ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ecfmail@readingch13.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
     SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: BRENDON MYERS    :    CHAPTER 13
　　Debtor    :    BANKRUPTCY NO. 19-11445

**ORDER**

Upon consideration of Debtor's Motion to Vacate the Order Granting Relief for U.S. Bank, N.A., and after a hearing at which the Debtor and counsel failed to appear, it is hereby **ORDERED** that the Motion is **DENIED** for lack of prosecution.

Date:  12/3/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**