United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11445-elf
Brendon Myers                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 2              Date Rcvd: Jan 30, 2020
                              Form ID: pdf900          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
```
db             +Brendon Myers,    674 Ruben Court,    Easton, PA 18045-8320
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14284657       +Hamilton Law Group,    Po Box 90301,    Allentown, PA 18109-0301
14284659       +Hyundai Finc,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
14324021       +James Havassy,    PO Box 90301,    Allentown, PA 18109-0301
14324022       +John C. Cichon, DMD, PC,    PO Box 90301,    Allentown, PA 18109-0301
14308907       +Met Ed,    101 Crawford's Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
14284661       +Met-Ed,    PO box 3687,    Akron, OH 44309-3687
14284662       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14284663       +Mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4488
14284958       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14284668       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
14294833       +U.S. BANK NATIONAL ASSOCIATION,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14325346       +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
14373454       +U.S. Bank NA,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14339971       +U.S. Bank National Association,    c/o Andrew M. Lubin, Esquire,    Milstead & Associates, LLC,
                 1 East Stow Road,    Marlton, NJ 08053-3118
14284670       +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2020 03:01:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:06:07      Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14284652       +E-mail/Text: convergent@ebn.phinsolutions.com Jan 31 2020 03:01:34
                 Convergent Outsourcing, Inc,    800 Sw 39th St,    Renton, WA 98057-4927
14284651       +E-mail/Text: convergent@ebn.phinsolutions.com Jan 31 2020 03:01:34
                 Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
14284654       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2020 03:06:08      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14284653       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2020 03:06:10      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14284655       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:01:12      Ditech,    PO Box 94710,
                 Palatine, IL 60094-4710
14284658       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 31 2020 03:01:49      Hyundai Finc,
                 Attn: Bankruptcy,    Po Box 20809,    Fountain City, CA 92728-0809
14284660        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2020 03:01:32      Jefferson Capital Systems, LLC,
                 16 Mceland Rd,    Saint Cloud, MN 56303
14301081        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:06:08      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14284664       +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2020 03:06:29      One Main Financial,
                 Attn: Bankruptcy Department,    601 Nw 2nd Street #300,    Evansville, IN 47708-1013
14340525       +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2020 03:06:28      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
14284665       +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2020 03:06:05      OneMain Financial,
                 Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
14284666       +E-mail/PDF: cbp@onemainfinancial.com Jan 31 2020 03:06:29      OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
14284667       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2020 03:01:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +U.S. BANK NATIONAL ASSOCIATION,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14284656*       Ditech,    PO Box 94710,    Palatine, IL 60094-4710
14292685*      +Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
```

```
District/off: 0313-4          User: Randi                    Page 2 of 2                  Date Rcvd: Jan 30, 2020
                              Form ID: pdf900                Total Noticed: 36

14284669      ##+Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                     TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
```
          ANDREW M. LUBIN    on behalf of Creditor    U.S. Bank National Association alubin@milsteadlaw.com,
           bkecf@milsteadlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association Et Al...
           bkgroup@kmllawgroup.com
          LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lkarl@rascrane.com,
           lbkarl03@yahoo.com
          PAUL H. YOUNG    on behalf of Debtor Brendon  Myers support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  BRENDON MYERS | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No  19-11445ELF |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: January 29, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE