# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Brendon Myers,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 19-11445 PMM |

## O R D E R

**AND NOW**, upon consideration of the Debtor(s)' Counsel's motion to approve the distribution of pre-confirmation payments held by the Chapter 13 Trustee to the Debtor(s)' Counsel for Outstanding Legal Fees ("the Motion") and the Debtor(s)'s counsel's application for allowance of compensation, and upon the representation of the Debtor(s)' counsel that all interested parties have been duly served with notice of the Motion and the Application, and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED and DETERMINED that**

I.  The Motion and Application are **GRANTED** and counsel fees are allowed to the Debtor(s)' counsel pursuant to 11 U.S.C. §330 and §503(b).

II. The Debtor(s)' Counsel is **ALLOWED** compensation in the amount of $4,000.00, less the $1,000.00 paid by the Debtor(s) prior to the filing of the case, leaving a balance due of $3,000.00

III. Cause exists within the meaning of 11 U.S.C. §349(b)(3) and the Trustee is directed to distribute the funds in his possession derived from the pre-confirmation chapter 13 plan payments of the Debtor(s) to pay the allowed compensation.

**Date: March 27, 2020**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**