United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brendon Myers  
    Debtor

Case No. 19-11445-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Mar 27, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.  
db          +Brendon Myers,   674 Ruben Court,   Easton, PA 18045-8320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:

        ANDREW M. LUBIN    on behalf of Creditor    U.S. Bank National Association alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com  
        LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lkarl@rascrane.com, lbkarl03@yahoo.com  
        PAUL H. YOUNG    on behalf of Debtor Brendon Myers support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
        ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                       TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brendon Myers,                :        Chapter 13
                                     :
        Debtor                       :        Bky. No. 19-11445 PMM

**O R D E R**

**AND NOW**, upon consideration of the Debtor(s)' Counsel's motion to approve the distribution of pre-confirmation payments held by the Chapter 13 Trustee to the Debtor(s)' Counsel for Outstanding Legal Fees ("the Motion") and the Debtor(s)'s counsel's application for allowance of compensation, and upon the representation of the Debtor(s)' counsel that all interested parties have been duly served with notice of the Motion and the Application, and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED and DETERMINED that**

I.    The Motion and Application are **GRANTED** and counsel fees are allowed to the Debtor(s)' counsel pursuant to 11 U.S.C. §330 and §503(b).

II.   The Debtor(s)' Counsel is **ALLOWED** compensation in the amount of $4,000.00, less the $1,000.00 paid by the Debtor(s) prior to the filing of the case, leaving a balance due of $3,000.00

III.  Cause exists within the meaning of 11 U.S.C. §349(b)(3) and the Trustee is directed to distribute the funds in his possession derived from the pre-confirmation chapter 13 plan payments of the Debtor(s) to pay the allowed compensation.

**Date: March 27, 2020**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**