Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-11445-PMM

BRENDON  MYERS

674 RUBEN COURT

EASTON PA    18045

Petition Filed Date: 03/07/2019

341 Hearing Date: 06/04/2019

Confirmation Date:

### Case Status: Dismissed Before Confirmation on 1/29/2020
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 06/17/2019 | $350.00 | Automatic Payı | 07/17/2019 | $350.00 | Automatic Payı | 08/19/2019 | $350.00 | Automatic Payı |
| 09/17/2019 | $350.00 | Automatic Payı | 09/17/2019 | $700.00 | Monthly Plan P | 10/18/2019 | $350.00 | |
| 11/19/2019 | $350.00 | | 12/17/2019 | $350.00 | | 01/17/2020 | $350.00 | |

**Total Receipts for the Period: $3,500.00   Amount Refunded to Debtor Since Filing: $168.20  Total Receipts Since Filing: $3,500.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | BRENDON  MYERS | Debtor Refunds | $168.20 | $168.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,500.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $3,168.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $331.80 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
**for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.